Same case below, 50 So. 3d 1137.

**No. 10-9911. Lawrence Landrum, Petitioner v. Betty Mitchell, Warden.**

565 U.S. 830, 132 S. Ct. 127, 181 L. Ed. 2d 49, 2011 U.S. LEXIS 5833.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 625 F.3d 905.

**No. 10-9946. Eric Moffett, Petitioner v. Mississippi.**

565 U.S. 830, 132 S. Ct. 127, 181 L. Ed. 2d 49, 2011 U.S. LEXIS 5318.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 49 So. 3d 1073.

**No. 10-9973. James Washington, Petitioner v. United States.**

565 U.S. 830, 132 S. Ct. 127, 181 L. Ed. 2d 49, 2011 U.S. LEXIS 5661.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 629 F.3d 403.

**No. 10-9996. Charles Walton Wright, Petitioner v. Ricky Bell, Warden.**

565 U.S. 830, 132 S. Ct. 127, 181 L. Ed. 2d 49, 2011 U.S. LEXIS 5770,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 619 F.3d 586.

**No. 10-10003. Ricky Ray, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center.**

565 U.S. 830, 132 S. Ct. 127, 181 L. Ed. 2d 49, 2011 U.S. LEXIS 5273.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-10051. Yaser A. Albahri, Petitioner v. Florida.**

565 U.S. 830, 132 S. Ct. 127, 181 L. Ed. 2d 49, 2011 U.S. LEXIS 5773.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 51 So. 3d 467.

**No. 10-10060. Jose Daniel Cardenas-Covarrubias, Petitioner v. United States.**

565 U.S. 830, 132 S. Ct. 128, 181 L. Ed. 2d 49, 2011 U.S. LEXIS 5280.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 769.